NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**GMG PRODUCTS LLC,**
*Appellant*

v.

**TRAEGER PELLET GRILLS LLC,**
*Appellee*

_____

2020-2225, -2226

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2019-00034, PGR2019-00035.

_____

**O R D E R**

Upon consideration of the appellant's unopposed motion to voluntarily dismiss the above-captioned appeals,

IT IS ORDERED THAT:

(1) The motion is granted. The appeals are dismissed.

    (2) Each side shall bear its own costs.

                                      FOR THE COURT

January 8, 2021                    /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court

**ISSUED AS A MANDATE:** January 8, 2021